**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 580 MAL 2021

Respondent      :
     :
     :   Petition for Allowance of Appeal
     :   from the Order of the Superior Court
v.      :
     :
     :
ERIC KENNETH JONES,      :
     :
Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.